UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

                                                     NOTICE OF MOTION AND MOTION

vs.                                                       20-MJ-1054

ARSHDEEP SINGH

                         Defendant.

_____

      **PLEASE TAKE NOTICE**, that the undersigned DOMINIC SARACENO, ESQ.,

attorney for the defendant, ARSHDEEP SINGH, based upon the following affirmation

hereby moves to adjourn the June 17, 2020 detention hearing.

## AFFIRMATION

1.   I am an attorney at law duly licensed to practice in the State of New York and in

the Western District of New York with offices located at 534 Delaware Avenue, Buffalo,

New York 14202.

2.   This affirmation is offered in support of counsel's request to adjourn the detention

hearing currently scheduled for June 17, 2020.

3.   The Court previously entered a date for a detention hearing on June 17, 2020.

4.   Defense counsel requires additional time to meet with client and prepare for said

hearing.

5.   Therefore, defense counsel is requesting the detention hearing be adjourned for

two weeks (an afternoon hearing time is being requested because I am on call in the

mronings).

6.   The defense counsel is making this motion on behalf of Arshdeep Singh.

7. The defendant agrees that the additional time allowed is excludable under the Speedy Trial Act.

8. AUSA Michael Adler consents to said request.

**WHEREFORE**, for the reasons set forth above, defendant, ARSHDEEP SINGH, respectfully requests an Order from this Court granting a two-week adjournment of the June 17, 2020 detention hearing.

s/ Dominic Saraceno, Esq.

DOMINIC SARACENO, ESQ.
534 Delaware Avenue
Buffalo, New York 14202
(716) 626-7007 (t)
(800)-305-5836   (f)
saracenolaw@gmail.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA


vs.


ARSHDEEP SINGH

                    Defendant.
_____


## **<u>CERTIFICATE OF SERVICE</u>**

20-MJ-1054


I hereby certify that on June 15, 2020, I electronically filed the foregoing with the

Clerk of the District Court using its CM/ECF system, which would then electronically

notify the following EM/EF Participant on this case:


MICHAEL ADLER, AUSA
138 Delaware Avenue
Buffalo, New York 14202


s/Dominic Saraceno

_____

DOMINIC SARACENO